Anika Renaud-Kim (SBN 272830)
Bankruptcy Law Center, APC
1230 Columbia St. Ste 1100
San Diego, CA 92101
(619) 894-8831

Attorney for Debtor(s)

**United States Bankruptcy Court**
**Southern District of California**

In Re:

Joseph A. Labbate
Trisha A. Labbate

Debtor(s)

Bankruptcy No: 16-07124-LA13

Hearing Date:

Hearing Time:

Hearing Dept:

## PRE-CONFIRMATION MODIFICATION TO CHAPTER 13 PLAN

Chapter 13 Plan Modification Dated: 12/16/16

The Chapter 13 Plan dated 11/22/16, shall be modified as follows:

- ☑ Plan payment Debtor pays to the Trustee is increased to $ 855.00.

- ☐ General unsecured creditors will receive the greater of _____% or a pro rata share of $_____.

- ☐ The interest for_____ in Paragraph _____ shall be _____ %APR.

- ☑ The filed and allowed unsecured claims shall be paid 3 % annual percentage rate of interest.

- ☐ _____

- ☐ _____

Except as hereinabove amended, the above referenced Plan shall remain in full force and effect. This amendment is not effective unless signed by the Chapter 13 Trustee/Trustee's Attorney.

Acknowledged and Agreed:

X _____    Dated: 12/16/16
Debtor(s) or Debtor(s) Attorney
(By signing, attorney represents he/she is authorized to sign on behalf of client.)

X _____    Dated: 12/16/16
Chapter 13 Trustee/Trustee's Attorney.

Page 1 of 1